# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 05-1840/4402

_____

United States of America,     *
        *
      Appellee,     *
        * Appelas from the United States
     v.     * District Court for the
        * Western District of Missouri.
Eddie David Cox,     *
        * [UNPUBLISHED]
      Appellant.     *

_____

Submitted: September 29, 2006
Filed: October 19, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this consolidated appeal, Eddie David Cox, who is serving a life sentence imposed in 1990, challenges the district court's[1] order denying his "motion to resentence nunc pro tunc" (Appeal No. 05-1840), and the court's orders denying his Federal Rule of Civil Procedure 60(b)(3) motion to reopen and his "Motion to Disqualify the Organized Crime Strike Force Unit" (Appeal No. 05-4402). Following careful review, we conclude that the district court properly denied Cox's motions for sentencing relief. See 18 U.S.C. § 3582(c)(2); 28 U.S.C. §§ 2244(b), 2255; cf. United

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

States v. Lambros, 404 F.3d 1034, 1036 (8th Cir.) (per curiam) (it is well established that inmates may not bypass authorization requirement of § 2244(b) for filing successive § 2255 actions by invoking some other procedure), cert. denied, 125 S. Ct. 2953 (2005); Boyd v. United States, 304 F.3d 813, 814 (8th Cir. 2002) (per curiam) (if Rule 60(b) motion is actually successive § 2255 motion, district court should dismiss or, in its discretion, transfer to court of appeals).

Accordingly, we affirm. See 8th Cir. R. 47B. Cox's pending motions are denied.

_____